JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALGRY OLAGUEZ-QUEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | NO. 2:13-CR-0065-TLN |
| ) | |
| Plaintiff,      ) | **STIPULATION AND [Proposed] ORDER** |
| ) | **CONTINUING STATUS CONFERENCE AND** |
| v.                               ) | **EXCLUDING TIME** |
| ) | |
| ALGRY OLAGUEZ-QUEVEDO,           ) | DATE:   May 16, 2013 |
| ) | TIME:   9:30 a.m. |
| Defendant.      ) | JUDGE:  Hon. Troy L. Nunley |
| ) | |
| ) | |

ALGRY OLAGUEZ-QUEVEDO by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for April 11, 2013 before Judge England, be continued for a status conference/change of plea hearing to May 16, 2013, at 9:30 a.m., before Judge Nunley.

This continuance is being requested because this case was recently reassigned to Judge Troy L. Nunley. Counsel was informed to continue this case by the court's request.

Counsel, along with the defendant, agree that the time from April 11, 2013 through May 16, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act,

§§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: April 11, 2013          Respectfully submitted,

                               JOSEPH SCHLESINGER
                               Acting Federal Defender

                               /S/ Angeles Zaragoza
                               ANGELES ZARAGOZA
                               Assistant Federal Defender
                               Attorney for Defendant
                               ALGRY OLAGUEZ-QUEVEDO


DATE: April 11, 2013           BENJAMIN B. WAGNER
                               United States Attorney


                               /S/ Angeles Zaragoza for
                               NIRAV DESAI
                               Assistant United States Attorney


### ORDER

IT IS HEREBY ORDERED that this matter is continued to May 16, 2013, at 9:30 a.m., for a status conference/change of plea hearing.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from April 11, 2013 up to and including May 16, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: 4/16, 2013

TROY L. NUNLEY
United States District Judge